UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JERROD WILSON #0000002798,<br>Plaintiff | CIVIL DOCKET NO. 1:21-CV-00987<br>SEC P |
| VERSUS | JUDGE DRELL |
| TONY MANCUSO ET AL,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 22), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* on Appeal (ECF No. 21) is DENIED.

THUS, DONE AND SIGNED at Alexandria, Louisiana, this 5th day of January 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT